MARY MICHEL, as Administratrix, etc., of CHARLOTTE MICHEL, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15924.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MADELINE MICHEL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15925.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANNABELLE MULLEN MURPHY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15926.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY A. PLANT CHURCH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15927.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN DILLON, as Administrator, etc., of GRACE DILLON, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15928.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. ,

ANTONIETTA TOMANOVICH, as Administratrix, etc., of EVIENIA TOMANOVICH, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 16127.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN M. COMSTOCK, as Executor, etc., of ELLA B. COMSTOCK, Deceased, Respondent, v. HELEN M. WILSON, Appellant.— Order affirmed, with costs upon the authority of Cohn v. Ansonia Realty Co. (162 App. Div. 791): All concur, except Crouch and Taylor, JJ., who dissent and vote for reversal on the law and for granting a new trial upon the ground that in their opinion under the charge of the court and the court's refusal to charge, the law as stated in Mitchell v. Rochester R. R. Co. (151 N. Y. 107) and O'Brien v. Moss (220 App. Div. 464) is controlling. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GAETANO BRINDIZI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FLORENCE G. SHAW, Respondent, v. FRANK J. TAGUE, Appellant.— Judgment and order affirmed, with costs. All concur except Edgcomb, J., who dissents and votes for reversal on the law upon the ground that there is no evidence from which the jury could say that the change in color of the plaintiff's hair was due to the accident. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HERBERT A. FELLOWS, as Administrator, etc., of MERRIEL J. FELLOWS, Deceased, Appellant, v. WARREN BROWN, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. .